UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA GALVEZ, ) | Case No. 2:10-CV-03284 JAM-KJN |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING DEFENDANT'S |
| v. ) | MOTION TO DISMISS |
| ) | |
| WELLS FARGO BANK, N.A., ) | |
| successor by merger to WELLS ) | |
| FARGO BANK SOUTHWEST, N.A. f/k/a ) | |
| WORLD SAVINGS BANK, FSB; NDEX ) | |
| WEST LLC, a Delaware Limited ) | |
| Liability Company and DOES 1 ) | |
| though 10, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter comes before the Court on Defendant Wells Fargo Bank's, N.A., successor by merger to Wells Fargo Bank Southwest, N.A. f/k/a World Savings Bank, FSB ("Defendant"), Motion to Dismiss (Doc. #4) Plaintiff Armando Galvez's ("Plaintiff") Complaint (Doc. #1), pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff did not oppose the Motion to Dismiss.[1]

---

[1] This motion was determined to be suitable for decision without oral argument. E. D. Cal. L. R. 230(g). The hearing was originally scheduled for February 23, 2011.

1

Plaintiff did not file an opposition or statement of non-opposition to Defendant's Motion to Dismiss.  Local Rule 230(c) requires a party responding to a motion to file either an opposition to the motion or a statement of non-opposition, no less than fourteen (14) days preceding the noticed hearing date.  Local Rule 110 authorizes the Court to impose sanctions for "failure of counsel or of a party to comply with these Rules."  Therefore, the Court will sanction Plaintiff's counsel, Nick Pacheco, $250.00 unless he shows good cause for his failure to comply with the Local Rules.

ORDER

After carefully considering the papers submitted in this matter, it is hereby ordered that Defendant's Motion to Dismiss is GRANTED, WITH PREJUDICE.  It is further ordered that within ten (10) days of this Order Nick Pacheco shall either (1) pay sanctions of $250.00 to the Clerk of the Court, or (2) submit a statement of good cause explaining his failure to comply with Local Rule 230(c).

IT IS SO ORDERED.

Dated: February 24, 2011

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE