Nick Pacheco, Esq. (SBN 173391)
**NICK PACHECO LAW GROUP, APC**
15501 San Fernando Mission Blvd., Suite 110
Mission Hills, CA 91345
Telephone: (888)-888-8641
Facsimile: (800)-210-0028
File No.: 12534

Attorney for Plaintiff
**Armando Galvez**

**FILED**

APR 2 8 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISON

KJN

ARMANDO GALVEZ, an individual,

Plaintiff,

vs.

WELLS GARGO BANK, N.A., successor by
merger to WELLS FARGO BANK
SOUTHWEST, N.A. f/k/a WORLD
SAVINGS BANK, FSB; NDEX WEST LLC,
a Delaware Limited Liability Company and
DOES 1 through 10 Inclusive.

Defendants.

Case No.:  2:10CV-03284 JAM-KLN

[PROPOSED] ORDER FOR VOLUNTARY
DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF
CIVIL PROCEDURE 41(a)(1)(i)

Judge: Hon. John A. Mendez

Date Removed: December 07, 2010

Trial Date: None Set

THIS MATTER came before the Court to be considered. The Court accepts the request
and finds that the case should be dismissed.

IT IS THEREFORE ORDERED the case be dismissed without prejudice.

~~All attorneys' fees and costs of court are to be borne by the party that incurred them.~~

Dated: _4-28-2011_

_____
Honorable John A. Mendez

**[PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITHOUT
PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i)**